

Oficina del
Presidente
Universidad de
Puerto Rico

## CERTIFICATION

I, Josué Hernández Álvarez, of legal age, Executive Director at the University of Puerto Rico, Central Administration, under penalty of perjury, hereby certify the following:

1- That, in connection with the case titled <u>Maribel Torres Morales v. University of Puerto Rico, et al.</u>, Civil Case 3:24-CV-1479, I have conducted a diligent review of the following official institutional email accounts to which I have access: **director.ejecutivo@upr.edu,** and **director.ejecutivoac@upr.edu**, covering the period between December 1, 2022, and January 31, 2023.

2- That said review was specifically conducted to determine whether the University of Puerto Rico, Río Piedras Campus, received any notice from the U.S. Equal Employment Opportunity Commission (EEOC) concerning a charge allegedly filed by Ms. Maribel Torres Morales, purportedly related to the above-captioned matter and identified as EEOC Charge No. 515-2023-00115.

3- That, based on my review, I did not find any record of receipt of an email, message, or other communication from the EEOC regarding this charge.

4- That, to the best of my knowledge and belief, I did not receive, nor was I informed of, any such charge or notification during the above-mentioned period or at any other time relevant to this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28 day of May, 2025.

*[signature]*

Dr. Josué Hernández Álvarez
Executive Director
University of Puerto Rico

Administracion Central
Jardín Botánico Sur
1187 Calle Flamboyán
San Juan, Puerto Rico
00926-117
(787) 250-0000
Fax (787) 250-6120

Patrono con Igualdad de Oportunidades en el Empleo M/M/V/I